| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1 | Order Filed on May 3, 2019 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| RC Law Group, PLLC <br> 285 Passaic Street <br> Hackensack, NJ 07601 <br> (201) 282-6500 <br> dhkohn@gmail.com <br> Attorneys for Debtors | Case #: 17-18113 <br> Chapter: 13 <br> Judge: CMG |
| **In Re:** <br> **Michael Doyle** <br> **Jolie Doyle** <br><br>                                                **Debtors** | |

### ORDER TO WITHDRAW AS DEBTORS' ATTORNEY

The relief set forth on the following page is hereby  **ORDERED**

**DATED: May 3, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER** having been brought before the Court by the applicant, Daniel Kohn, Esq. formerly of Stein Saks PLLC (f/k/a RC Law Group PLLC), attorneys for Debtors, for an Order Withdrawing Mr. Kohn as Counsel of Record for Debtor (ECF Doc. #41); notice having been given to all affected parties; and for good cause shown;

**IT IS HEREBY ORDERED:**

1. Daniel Kohn, Esq. is hereby relieved and terminated as Counsel of record for Debtors;

2. An attorney from the law firm Stein Saks, PLLC (f/k/a RC Law Group, PLLC), attorneys for Debtors, shall file a Notice of Appearance in the instant matter via ECF within 3 business days of the herein Order.