

| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1 | |
|---|---|
| RC Law Group, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>(201) 282-6500<br>dhkohn@gmail.com<br>Attorneys for Debtors | Case #: 17-18113<br>Chapter: 13<br>Judge: CMG |
| **In Re:**<br>**Michael Doyle**<br>**Jolie Doyle**<br><br>　　　　　　　　　　　　　**Debtors** | |

Order Filed on May 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER TO WITHDRAW AS DEBTORS' ATTORNEY

The relief set forth on the following page is hereby **ORDERED**

**DATED: May 3, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER** having been brought before the Court by the applicant, Daniel Kohn, Esq. formerly of Stein Saks PLLC (f/k/a RC Law Group PLLC), attorneys for Debtors, for an Order Withdrawing Mr. Kohn as Counsel of Record for Debtor (ECF Doc. #41); notice having been given to all affected parties; and for good cause shown;

**IT IS HEREBY ORDERED:**

1. Daniel Kohn, Esq. is hereby relieved and terminated as Counsel of record for Debtors;

2. An attorney from the law firm Stein Saks, PLLC (f/k/a RC Law Group, PLLC), attorneys for Debtors, shall file a Notice of Appearance in the instant matter via ECF within 3 business days of the herein Order.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                    Case No. 17-18113-CMG
Michael Doyle                                             Chapter 13
Jolie Doyle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 06, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
db/jdb          +Michael Doyle,    Jolie Doyle,    5 English Court,    Bridgewater, NJ 08807-3042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL  ASSOCIATION
               bankruptcy@feinsuch.com
              Sindi  Mncina    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6