UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**RAS Citron, LLC**

Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Aleisha C. Jennings, Esquire

**Order Filed on December 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**Michael Doyle,**

   **Debtor,**

**Jolie Doyle,**

   **Joint Debtor.**

Case Number 17-18113-CMG

## ORDER VACATING STAY and CO-DEBTOR STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby
**ORDERED.**

**DATED: December 12, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: **Michael Doyle**
Case No: 17-18113-CMG
Caption of Order**: ORDER VACATING STAY**

_____

Upon the motion of Nationstar Mortgage LLC d/b/a Mr. Cooper under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property and Co-Debtor Stay pursuant to 11 U.S.C. §1301 (c) as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute, or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property more fully described as: 5 English Ct, Bridgewater, New Jersey 08807-3042

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.   Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ordered that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor stay under 11 U.S.C. 1301 (c) is vacated.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.