Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17−18113−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Doyle | Jolie Doyle |
| 5 English Court | 5 English Court |
| Bridgewater, NJ 08807 | Bridgewater, NJ 08807 |

Social Security No.:
   xxx−xx−4073                          xxx−xx−4222

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on August 19, 2020.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 20, 2020
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-18113-CMG
Michael Doyle                                                       Chapter 13
Jolie Doyle
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 3          Date Rcvd: Aug 20, 2020
                             Form ID: 148          Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
db/jdb        +Michael Doyle,   Jolie Doyle,   5 English Court,   Bridgewater, NJ 08807-3042
cr            +FEDERAL NATIONAL MORTGAGE ASSOCIATION,   Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
516780266     #Alltran Financial, LP,   Attn. Bankruptcy Dept.,   PO Box 610,   Sauk Rapids, MN 56379-0610
516949916     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
516780269     +Belden Jewelers/Sterling Jewelers, Inc,   Attn: Bankruptcy,   Po Box 1799,
               Akron, OH 44309-1799
516780281     +Citibank NA / Children's Place,   Citicorp Credit Services,   Attn. : Centralized Bankruptcy,
               PO Box 6404,   Sioux Falls, SD 57117-6404
516780282     +Citibank NA / Sunoco,   Citicorp Credit Services,   Attn. : Centralized Bankruptcy,
               PO Box 6404,   Sioux Falls, SD 57117-6404
516780283      Citimortgage Inc.,   Attn: Bankruptcy Dept.,   Po Box 6423,   Sioux Falls, SD 57117
516830466     +Federal National Mortgage Association,   6409 Congress Avenue,   Boca Raton, FL 33487-2853
516780286     +Gulf Oil,   Po Box 15410,   Amarillo, TX 75261-5410
516780287     +Jefferson Capital Systems, LLC,   Attn. Bankruptcy Dept.,   16 McLeland Road,
               Saint Cloud, MN 56393-0001
518593280     +Nationstar Mortgage LLC,   RAS Citron LLC,   130 Clinton Road, Suite 202,
               Fairfield NJ 07004-2927
518309355     +Nationstar Mortgage LLC d/b/a Mr. Cooper,   P.O. Box 619094,   Dallas, TX 75261-9094
518309356     +Nationstar Mortgage LLC d/b/a Mr. Cooper,   P.O. Box 619094,   Dallas, TX 75261-9741,
               Nationstar Mortgage LLC d/b/a Mr. Cooper,   P.O. Box 619094,   Dallas, TX 75261-9094
516780291     +Pioneer Credit Recovery, Inc.,   C/O Mr. Rashon Bennett,   NJ Division of Taxation,
               PO Box 1018,   Moorestown, NJ 08057-0018
516780300     +Raymour & Flanigan,   Attn: Legal Dept,   7248 Morgan Rd,   Liverpool, NY 13090-4535
516780301     ++SETERUS INC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:  Seterus, Inc.,   Attn. Bankruptcy Dept.,
               14523 SW Millikan Way Street,   Beaverton, OR 97005)
516780303     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   Division of Taxation,   Bankruptcy Section,
               P.O. Box 245,   Trenton, NJ 08695-0245)
516780309     +Valley National Bank,   Attn. Bankruptcy Dept.,   1460 Valley Road,   Wayne, NJ 07470-8494
516780310     +Visa Dept Store National Bank,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2020 01:27:34    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2020 01:27:30    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516780267      EDI: BANKAMER.COM Aug 21 2020 04:38:00    Bank of America,   Attn: Bankruptcy Dept.,
               PO Box 982235,   El Paso, TX 79998-2235
516780268     +EDI: TSYS2.COM Aug 21 2020 04:38:00    Barclays Bank Delaware,   100 S West St,
               Wilmington, DE 19801-5015
516780270      E-mail/Text: cms-bk@cms-collect.com Aug 21 2020 01:27:00    Capital Management Services, LP,
               Attn. Billing & Bankruptcy Dept.,   698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
516780271     +EDI: CAPITALONE.COM Aug 21 2020 04:38:00    Capital One,
               Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
516780272     +EDI: CAPITALONE.COM Aug 21 2020 04:38:00    Capital One / Best Buy,   Attn: Bankruptcy Dept.,
               PO Box 30285,   Salt Lake City, UT 84130-0285
516948964      EDI: BL-BECKET.COM Aug 21 2020 04:38:00    Capital One, N.A.,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
517063091     +E-mail/Text: bncmail@w-legal.com Aug 21 2020 01:27:43    Cerastes, LLC,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516780277     +EDI: CITICORP.COM Aug 21 2020 04:38:00    Citibank Customer Service,   Attn: Bankruptcy Dept.,
               PO Box 6500,   Sioux Falls, SD 57117-6500
516780278     +EDI: CITICORP.COM Aug 21 2020 04:38:00    Citibank Customer Service,   Attn: Bankruptcy Dept.,
               701 East 60th Street North,   Sioux Falls, SD 57104-0493
516789659      EDI: DISCOVER.COM Aug 21 2020 04:38:00    Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH  43054-3025
516780285     +EDI: DISCOVER.COM Aug 21 2020 04:38:00    Discover Financial Services LLC,
               Attn. Billing & Bankruptcy Dept.,   PO Box 3025,   New Albany, OH 43054-3025
516983335      EDI: JEFFERSONCAP.COM Aug 21 2020 04:38:00    Jefferson Capital Systems LLC,   Po Box 7999,
               Saint Cloud Mn 56302-9617
516780273      EDI: JPMORGANCHASE Aug 21 2020 04:33:00    Chase Bank,   Attn: Correspondence Dept.,
               PO Box 15298,   Wilmingotn, DE 19850
516780275      EDI: JPMORGANCHASE Aug 21 2020 04:33:00    Chase Card,   Attn: Bankruptcy Correspondence Dept.,
               PO Box 15298,   Wilmington, DE 19850
516780274      EDI: JPMORGANCHASE Aug 21 2020 04:33:00    Chase Card,   Attn: Correspondence,   Po Box 15298,
               Wilmington, DE 19850
516780276      EDI: JPMORGANCHASE Aug 21 2020 04:33:00    Chase Mortgage,   PO Box 24696,
               Columbus, OH 43224

```
District/off: 0312-3          User: admin          Page 2 of 3          Date Rcvd: Aug 20, 2020
                              Form ID: 148          Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517184333        EDI: JPMORGANCHASE Aug 21 2020 04:33:00      Chase Records Center,   Attn: Correspondence Mail,
                 Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203
516780290        E-mail/Text: PBNCNotifications@peritusservices.com Aug 21 2020 01:26:27      Kohls / Capital One,
                 Attn. Bankruptcy Dept.,   PO Box 3043,   Milwaukee, WI 53201-3043
517032462       +EDI: MID8.COM Aug 21 2020 04:38:00      MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
516780293        EDI: PRA.COM Aug 21 2020 04:38:00      Portfolio Recovery Associates, LLC,
                 Attn: Bankruptcy Dept.,   P.O. Box 12914,   Norfolk, VA 23541
516780292        EDI: PRA.COM Aug 21 2020 04:38:00      Portfolio Recovery Associates, LLC,
                 Attn: Billing & Bankruptcy Dept.,   120 Corporate Boulevard,   Norfolk, VA 23502-4952
517065651        EDI: PRA.COM Aug 21 2020 04:38:00      Portfolio Recovery Associates, LLC,   c/o Childrens Place,
                 POB 41067,   Norfolk VA 23541
517065657        EDI: PRA.COM Aug 21 2020 04:38:00      Portfolio Recovery Associates, LLC,   c/o Lenscrafters,
                 POB 41067,   Norfolk VA 23541
517064512        EDI: PRA.COM Aug 21 2020 04:38:00      Portfolio Recovery Associates, LLC,   c/o Pc Richards,
                 POB 41067,   Norfolk VA 23541
517064511        EDI: PRA.COM Aug 21 2020 04:38:00      Portfolio Recovery Associates, LLC,   c/o Sunoco,
                 POB 41067,   Norfolk VA 23541
516780304       +EDI: RMSC.COM Aug 21 2020 04:38:00      Syncb/Lord & Taylor,   Po Box 965064,
                 Orlando, FL 32896-5064
516780305       +EDI: RMSC.COM Aug 21 2020 04:38:00      Syncb/Thomasville,   Po Box 965064,
                 Orlando, FL 32896-5064
516781260       +EDI: RMSC.COM Aug 21 2020 04:38:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
516780307       +EDI: RMSC.COM Aug 21 2020 04:38:00      Synchrony Bank / Lenscrafters,   Attn. Bankruptcy Dept.,
                 4125 Windward Plaza Drive,   Alpharetta, GA 30005-8738
516780306        EDI: RMSC.COM Aug 21 2020 04:38:00      Synchrony Bank / Lenscrafters,   Attn. Bankruptcy Dept.,
                 PO Box 965033,   Orlando, FL 32896-5033
516780308        EDI: RMSC.COM Aug 21 2020 04:38:00      Synchrony Bank / PC Richard & Sons,
                 Attn. Bankruptcy Dept.,   PO Box 965036,   Orlando, FL 32896-5036
516780311       +EDI: TSYS2.COM Aug 21 2020 04:38:00      Visa DSNB / Macy's,   Attn: Bankruptcy Dept.,
                 PO Box 8053,   Mason, OH 45040-8053
516896070        EDI: WFFC.COM Aug 21 2020 04:38:00      Wells Fargo Bank N.A.,
                 d/b/a Wells Fargo Dealer Services,   PO Box 19657,   Irvine, CA  92623-9657
516780312       +EDI: WFFC.COM Aug 21 2020 04:38:00      Wells Fargo Dealer Services,   Attn. Bankruptcy Dept.,
                 PO Box 1697,   Winterville, NC 28590-1697
516870877        EDI: ECAST.COM Aug 21 2020 04:38:00      eCAST Settlement Corporation,   PO Box 29262,
                 New York NY 10087-9262
                                                                                             TOTAL: 37


                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517183700        JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
516810199        Valley National Bank,   1445 Valley Road,   2nd Floor
cr*             +Nationstar Mortgage LLC,   RAS Citron, LLC,   130 Clinton Road,   Suite 202,
                 Fairfield, NJ 07004-2927
516780279*      +Citibank Customer Service,   Attn: Bankruptcy Dept.,   PO Box 6500,
                 Sioux Falls, SD 57117-6500
516780280*      +Citibank Customer Service,   Attn: Bankruptcy Dept.,   701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
516780284*       Citimortgage Inc.,   Attn: Bankruptcy Dept.,   Po Box 6423,   Sioux Falls, SD 57117
516780288*      +Jefferson Capital Systems, LLC,   Attn. Bankruptcy Dept.,   16 McLeland Road,
                 Saint Cloud, MN 56393-0001
516780289*      +Jefferson Capital Systems, LLC,   Attn. Bankruptcy Dept.,   16 McLeland Road,
                 Saint Cloud, MN 56393-0001
516780295*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,   Attn: Bankruptcy Dept.,
                 P.O. Box 12914,   Norfolk, VA 23541)
516780297*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,   Attn: Bankruptcy Dept.,
                 P.O. Box 12914,   Norfolk, VA 23541)
516780299*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,   Attn: Bankruptcy Dept.,
                 P.O. Box 12914,   Norfolk, VA 23541)
516780294*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,
                 Attn: Billing & Bankruptcy Dept.,   120 Corporate Boulevard,   Norfolk, VA 23502-4952)
516780296*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,
                 Attn: Billing & Bankruptcy Dept.,   120 Corporate Boulevard,   Norfolk, VA 23502-4952)
516780298*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,
                 Attn: Billing & Bankruptcy Dept.,   120 Corporate Boulevard,   Norfolk, VA 23502-4952)
516780302*      ++SETERUS INC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Seterus, Inc.,   Attn. Bankruptcy Dept.,   PO Box 1047,
                 Hartford, CT 06143-1047)
517065700*      ++SETERUS INC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Seterus, Inc.,   PO Box 1047,   Hartford, CT 06143)
                                                                          TOTALS: 2, * 14, ## 0
```

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Aug 20, 2020
                             Form ID: 148              Total Noticed: 57
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Aleisha Candace Jennings   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           ajennings@rasflaw.com
          Aleisha Candace Jennings   on behalf of Creditor    Nationstar Mortgage LLC ajennings@rasflaw.com
          Denise E. Carlon   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Laura M. Egerman   on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
           bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
          R. A. Lebron   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL  ASSOCIATION
           bankruptcy@feinsuch.com
          Sindi  Mncina   on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Yaakov  Saks   on behalf of Joint Debtor Jolie  Doyle ysaks@rclawgroup.com,  dkohn@rclawgroup.com
          Yaakov  Saks   on behalf of Debtor Michael  Doyle ysaks@rclawgroup.com,  dkohn@rclawgroup.com
                                                                              TOTAL: 12
```