| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Michael Doyle<br>Jolie Doyle<br><br><br><br>Debtor(s) |

**Order Filed on August 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-18113 / CMG

Chapter 13

Hearing Date: 08/19/2020 at 9:00 AM

Judge: Christine M. Gravelle

## CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 19, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:
Michael Doyle
Jolie Doyle
    Debtors

Case No. 17-18113-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 20, 2020
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2020.
db/jdb        +Michael Doyle,    Jolie Doyle,    5 English Court,    Bridgewater, NJ 08807-3042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:
         Albert    Russo    docs@russotrustee.com
         Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
         Aleisha Candace Jennings     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          ajennings@rasflaw.com
         Aleisha Candace Jennings     on behalf of Creditor    Nationstar Mortgage LLC ajennings@rasflaw.com
         Denise E. Carlon     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Kevin Gordon McDonald     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Laura M. Egerman     on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
          bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
         R. A. Lebron     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL    ASSOCIATION
          bankruptcy@feinsuch.com
         Sindi    Mncina     on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION smncina@rascrane.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
         Yaakov    Saks     on behalf of Debtor Michael    Doyle ysaks@rclawgroup.com,    dkohn@rclawgroup.com
         Yaakov    Saks     on behalf of Joint Debtor Jolie    Doyle ysaks@rclawgroup.com,    dkohn@rclawgroup.com
                                                                                TOTAL: 12